ACCEPTED
05-14-01232-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
9/8/2015 2:42:12 PM
LISA MATZ
CLERK

**CAUSE NO. 05-14-01232-CV**

| | |
|---|---|
| **IN THE COURT OF APPEALS FIFTH DISTRICT OF TEXAS AT DALLAS** | FILED IN 5th COURT OF APPEALS DALLAS, TEXAS 9/8/2015 2:42:12 PM LISA MATZ Clerk |

**WILLIAM "BRANCH" WARREN, Appellant**

**V.**

**CARLSON RESTAURANTS, INC. D/B/A TGI FRIDAY'S, INC., Appellee**

**APPELLEE'S UNOPPOSED REQUEST TO PARTICIPATE IN ORAL ARGUMENT**

Carlson Restaurants, Inc. d/b/a TGI Friday's, Inc. (**"TGIF"** or **"Appellee"**) files its *Unopposed Request to Participate in Oral Argument*, and respectfully shows the Court as follows:

## I.
### BACKGROUND

Appellant filed his brief on December 22, 2014, and requested oral argument on the face of his Brief. Appellee did not make the same request on the face of its timely-filed Brief as Appellant had already done so. By letter of July 28, 2015, the Clerk of the Court indicated that the case is set for submission on October 7, 2015, at 2:00 p.m., and that oral argument could be presented by one side in the absence of the other.

## II.
### REQUEST TO PARTICIPATE

Shortly after receiving notice, counsel for Appellee contacted the Clerk of the Court and inquired about its ability to participate in oral argument. The Clerk indicated that Appellee could make a formal request through a separate filing and ask the Court for the opportunity to

participate as is allowed by Texas Rule of Appellate Procedure 39.7.

Accordingly, Appellee humbly requests that the Court allow it to participate in oral argument. Appellee believes that its participation in oral argument will allow for a more thorough and balanced presentation of the important facts and application of the legal arguments to the issues of interest to the Court. Oral argument will allow Appellee to emphasize and clarify the written arguments made in its Brief and will significantly aid the decisional process of the Court.

If the Court grants Appellee's request, William R. Jones will be presenting argument to the Court. Appellee provides this identification in compliance with the Clerk of the Court's correspondence.

## III.
### PRAYER

WHEREFORE, Carlson Restaurants, Inc. d/b/a TGI Friday's, Inc. respectfully request that the Court grant its Request for Participate in Oral Argument to take place on October 7, 2015.

Respectfully submitted,

**KANE RUSSELL COLEMAN & LOGAN PC**


By:  /s/  Michael A. Logan
     Michael A. Logan
     State Bar No. 12497500
     E-Mail: mlogan@krcl.com
     William R. Jones
     State Bar No. 24036861
     E-Mail: wjones@krcl.com
     Scott Riddle
     State Bar No. 24059232
     E-Mail: sriddle@krcl.com

3700 Thanksgiving Tower
1601 Elm Street
Dallas, Texas  75201
Telephone:   (214) 777-4200
Facsimile:    (214) 777-4299

**ATTORNEYS FOR APPELLEE**


**CERTIFICATE OF CONFERENCE**

Undersigned counsel has conferred with C. Davis Chapman, counsel for Appellant, and he has indicated that he is unopposed to this Motion.


/s/ Scott Riddle
Scott Riddle

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served on this the 8th day of September, 2015, as follows:

**VIA E-MAIL: cneal@neallawfirm.com**
**& dchapman@neallawfirm.com**
Christopher A. Neal/C. Davis Chapman
**THE NEAL LAW FIRM, P.C.**
300 Harwood Road
Bedford, Texas  76021


/s/ Scott Riddle
Scott Riddle